UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW G. SILVA, | CASE NO. C04-1484-JCC-MAT |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR CONTINUANCE AND FOR DISCOVERY SANCTIONS |
| KING COUNTY, *et al.*, | |
| Defendants. | |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Currently pending before the Court is plaintiff's motion to continue the discovery deadline and to impose sanctions against defendant's counsel for failure of counsel to confer in good faith regarding discovery. The Court, having reviewed plaintiff's motion, defendants' response thereto, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's motion for a continuance of the discovery deadline (Dkt. No. 140) is GRANTED. Plaintiff seeks additional time to conduct depositions in this case. While plaintiff has thus far not demonstrated that he has the resources necessary to conduct depositions, plaintiff has other available means to obtain discovery from defendants. Accordingly, the Court will grant plaintiff one final extension of the discovery deadline to allow him to complete the discovery process. The discovery deadline is extended from April 1, 2005, to *August 1, 2005*, and the dispositive motion filing deadline is extended from May 2, 2005, to *September 2, 2005*. No

01 additional extensions of the discovery deadline will be granted.

02     (2)    Plaintiff's motion for discovery sanctions (Dkt. No. 140) is DENIED. Plaintiff
03 asserts that defendants' counsel has failed to confer in good faith regarding discovery matters.
04 Defendants' counsel concedes that she failed to respond to a January 2005 letter from plaintiff
05 requesting a discovery conference, but she attributes that failure to a filing error in her office.
06 While plaintiff is clearly dissatisfied with the manner in which discovery has proceeded in this case,
07 he fails to demonstrate that defendants' counsel has acted in bad faith. Accordingly, the
08 imposition of sanctions is not warranted.

09     (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for
10 defendants, and to the Honorable John C. Coughenour.

11 DATED this  22nd  day of April, 2005.

                                             Mary Alice Theiler
                                             United States Magistrate Judge