UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW G. SILVA, | CASE NO. C04-1484-JCC-MAT |
| Plaintiff, | |
| v. | |
| KING COUNTY, *et al.*, | ORDER DENYING PLAINTIFF'S REQUEST FOR ORDER DIRECTING SERVICE OF SUBPOENAS |
| Defendants. | |

This matter comes before the Court on plaintiff's request for an order directing service of subpoenas. The Court, having reviewed plaintiff's request, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's request for an order directing service of subpoenas (Dkt. No. 161) is DENIED. Plaintiff asks that the Court direct the United State's Marshal to serve subpoenas in this action. However, plaintiff fails to specify in his request the type of subpoenas he wishes to have served. Absent such information, the Court cannot adequately determine the merit of plaintiff's request.

(2) Plaintiff is advised that any future request for service of subpoenas should be accompanied by copies of the subpoenas themselves. Plaintiff is further advised that, should he seek service of deposition subpoenas, his request must be accompanied by the requisite witness and mileage fees as federal courts are not authorized to waive such fees on behalf of an *in forma*

01 *pauperis* litigant. *See Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989).

02      (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for
03 defendants, and to the Honorable John C. Coughenour.

04     DATED this  26th  day of May, 2005.

06                Mary Alice Theiler
                United States Magistrate Judge

ORDER DENYING PLAINTIFF'S REQUEST FOR
ORDER DIRECTING SERVICE OF SUBPOENAS
PAGE -2