UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>LARRY MAYES, Corrections Programs Administrator, King County Jail; et al.,<br><br>    Defendants - Appellees. | No. 05-35557<br>D.C. No. CV-04-01484-JCC-MAT<br><br>___ FILED   ___ ENTERED<br>___ LODGED   ___ RECEIVED<br><br>SA   JUL 1 5 2005<br><br>ORDER   AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>BY                              DEPUTY |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: Plaintiff-Appellant appeals an order that is not final or appealable. See 28 U.S.C. §1291.

04-CV-01484-ORD

_____
Judge
United States District Court

Date: 7/15/05