01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08  MATTHEW G. SILVA,                    )    CASE NO. C04-1484-JCC-MAT
                                         )
09          Plaintiff,                   )
                                         )
10     v.                                )    ORDER DIRECTING PARTIES TO
                                         )    SUBMIT JOINT PRETRIAL
11  KING COUNTY, et al.,                 )    STATEMENT
                                         )
12          Defendants.                  )
    _____ )
13

14          This is a civil rights action brought pursuant to 42 U.S.C. § 1983.  A review of the record

15  reveals that all pretrial deadlines previously established by the Court have now passed.  As neither

16  party has elected to file a dispositive motion in this action, the parties should now be required to

17  prepare and submit a joint pretrial statement in anticipation of trial.  Accordingly, the Court does

18  hereby ORDER as follows:

19          Plaintiff and counsel for defendant are directed to confer and to provide the court with a

20  joint pretrial statement not later than *November 30, 2005*.  The joint pretrial statement shall

21  contain the following information by corresponding paragraph numbers:

22          1.      A short and concise statement of the case, including the remaining legal and factual

ORDER DIRECTING PARTIES TO SUBMIT
JOINT PRETRIAL STATEMENT
PAGE -1

01 | issues to be determined at trial;

02 | 2. A narrative written statement from each party setting forth the facts that will be
03 | offered by oral or written documentary evidence at trial;

04 | 3. A list of all exhibits to be offered into evidence at trial;

05 | 4. A list of the names and addresses of all the witnesses each party intends to call
06 | along with a short summary of anticipated testimony of each witness.

07 | 5. Whether the parties agree to arbitration under this district's arbitration program,
08 | and if so whether the arbitration will be final and conclusive or the right to trial de novo will be
09 | preserved (*see* Local Rule CR 39.1(d));

10 | 6. Pursuant to 28 U.S.C. § 636(c), whether the parties consent to having a Magistrate
11 | Judge conduct any or all remaining proceedings, including the trial and order the entry of judgment
12 | in the case.

13 | 7. Whether the case should be bifurcated by trying the liability issues before the
14 | damages issues, or bifurcated in any other way;

15 | 8. Any other suggestions for shortening or simplifying the trial in this case;

16 | 9. The date the case will be ready for trial, considering Local Rule CR 16 deadlines;

17 | 10. The dates on which trial counsel are unavailable and any other complications to be
18 | considered in setting a trial date;

19 | 11. Whether the trial will by jury or non-jury;

20 | 12. The number of trial days required, and suggestions for shortening trial;

21 | 13. The names, addresses, and telephone numbers of all trial counsel and unrepresented
22 | (pro se) parties who intend to appear at trial.

ORDER DIRECTING PARTIES TO SUBMIT
JOINT PRETRIAL STATEMENT
PAGE -2

01        If the parties are unable to agree on any part of the joint pretrial statement, they may

02  answer in separate paragraphs.  **Separate statements are <u>not</u> to be filed**.  Plaintiff is responsible

03  for initiating communications for the preparation of the joint pretrial statement.

04        The Clerk of Court is directed to send a copy of this Order to plaintiff, to counsel for

05  defendants, and to the Honorable John C. Coughenour.

06        DATED this  12th  day of  October , 2005.

07

08                                    Mary Alice Theiler

09                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DIRECTING PARTIES TO SUBMIT
JOINT PRETRIAL STATEMENT
PAGE -3