UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MATTHEW SILVA, | ) | CASE NO. C04-1484-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RENOTING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| KING COUNTY, et al., | ) | TO FILE SUMMARY JUDGMENT |
| | ) | OPPOSITION |
| Defendants. | ) | |
| _____ | ) | |

This matter comes before the Court on plaintiff's motion for an Extension of Time to File Objections to Magistrate's Order and Summary Judgment Opposition (Dkt. 289). Plaintiff's motion contains an incorrect noting date, and is further complicated by the fact that it contains requests for extensions relating to two different deadlines, one of which can only be considered by Judge Coughenour and the other which is properly put before Judge Theiler. The request for an extension of time to file objections to the Order denying setting of a trial date (Dkt. 283) can only be considered by Judge Coughenour. Therefore, Judge Theiler defers addressing this issue. The request for extension of time to file an opposition to defendants' summary judgment motion (Dkt. 284), however, is properly before Judge Theiler.

ORDER RENOTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE SUMMARY
JUDGMENT OPPOSITION
PAGE -1

Judge Theiler does hereby ORDER as follows:

(1) Plaintiff's motion for an order extending the deadline to file a summary judgment motion is RENOTED on the Court's calendar for consideration on June 23, 2006.

(2) The portion of plaintiff's motion requesting extension of time to file objections will be forwarded to Judge Coughenour for his consideration.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 20th day of June, 2006.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge