UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SILVA, | CASE NO. C04-1484-JCC |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| KING COUNTY, et al., | |
| Defendants. | |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. This matter comes before the Court on plaintiff's motion for an extension of time to file a response to defendants' motion for summary judgment. The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's unopposed motion for an extension of time to file a response to defendants' motion for summary judgment (Dkt. No. 289) is GRANTED. Plaintiff is directed to file and serve his response not later than *July 31, 2006*.

(2) Defendants' motion for summary judgment (Dkt. No. 284) is RE-NOTED on the Court's calendar for consideration on *August 4, 2006*.

ORDER GRANTING PLAINTIFF'S MOTION FOR AN
EXTENSION OF TIME TO FILE A RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PAGE -1

(3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. John C. Coughenour.

DATED this <u>26th</u> day of June, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR AN
EXTENSION OF TIME TO FILE A RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
PAGE -2