UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW G. SILVA,

    Plaintiff,

v.

KING COUNTY, et al.,

    Defendant.

CASE NO. C04-1484-JCC-MAT

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff's request (Dkt. No. 289) for an extension of time to file objections to United States Magistrate Judge Mary Alice Theiler's May 18, 2006 Order (Dkt. No. 283) is GRANTED. Plaintiff must file his objections no later than August 4, 2006.

DATED this 26th day of July, 2006.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
      Deputy Clerk

MINUTE ORDER – 1